[No. 4395–II. Division Two. July 21, 1981.]

UNITED PACIFIC RELIANCE INSURANCE COMPANY, *Respondent*, v. JANICE V. CROMER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 271215, Arthur W. Verharen, J., entered October 12, 1979. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Pearson, J.

[No. 3738–0–III. Division Three. July 21, 1981.]

TRI–STATE REALTY, INC., *Respondent*, v. WESTERN INSECTI-CIDE COMPANY, INC., ET AL, *Respondents*, MACK W. MCLENDON, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 249168, Harold D. Clarke, J., entered November 19, 1979. *Affirmed in part* and *remanded* by unpublished opinion per McInturff, C.J., concurred in by Green, J., and Edgerton, J. Pro Tem.

[No. 4123–9–III. Division Three. July 21, 1981.]

PRECISION DEVELOPMENT, INC., *Respondent*, v. CRESCENT PROPERTIES, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 29013–C, B. J. McLean, J., entered July 11, 1980. *Reversed* by unpublished opinion per McInturff, C.J., concurred in by Green and Roe, JJ.